UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GERARD DUENAS, HAROLD GOLDMAN, In Pro Se,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>STEVEN FREITAS, AKA STEVE FREITAS, in his Official and Private Capacity, SONOMA COUNTY SHERIFF'S DEPARTMENT, KATHRYN STRALEY, in her official and private capacity, DOES 1-15, Inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | Case No: C 13-0836 SBA<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>Dkt. 16 |

The Court finds that Plaintiffs have not shown good cause to support their Motion for Permission for Electronic Case Filing. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Permission for Electronic Case Filing is DENIED. This Order terminates Docket 16.

IT IS SO ORDERED.

Dated: March 28, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　United States District Judge

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | UNITED STATES DISTRICT COURT                                    |
| 2   | FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA                      |
| 3   |                                                                 |
| 4   | GERARD DUENAS et al,                                            |
| 5   | Plaintiff,                                                      |
| 6   | v.                                                              |
| 7   | STEVEN FREITAS et al,                                           |
| 8   | Defendant.                                                      |
| 9   | _____/                                 |
| 10  |                                                                 |
| 11  | Case Number: CV13-00836 SBA                                     |
| 12  | **CERTIFICATE OF SERVICE**                                      |
| 13  |                                                                 |
| 14  | I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. |
| 15  |                                                                 |
| 16  | That on March 29, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle |
| 17  | located in the Clerk's office.                                  |
| 18  |                                                                 |
| 19  |                                                                 |
| 20  |                                                                 |
| 21  | Gerard Duenas                                                   |
| 22  | 6285 Sonoma Highway 12<br>Santa Rosa, CA 95409                  |
| 23  |                                                                 |
| 24  | Harold Goldman<br>6285 Highway 12                               |
| 25  | Santa Rosa, CA 95409                                            |
| 26  | Dated: March 29, 2013                                           |
|     | Richard W. Wieking, Clerk                                       |
| 27  |                                                                 |
| 28  | By: Lisa Clark, Deputy Clerk                                    |