|   |   |
|---|---|
| GERARD DUENAS, HAROLD GOLDMAN, In Pro Se, | Case No:  C 13-0836 SBA |
| Plaintiffs, | ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. |  |
| STEVEN FREITAS, AKA STEVE FREITAS, in his Official and Private Capacity, SONOMA COUNTY SHERIFF'S DEPARTMENT, KATHRYN STRALEY, in her official and private capacity, DOES 1-15, Inclusive, | Dkt. 16 |
| Defendants. |  |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

The Court finds that Plaintiffs have not shown good cause to support their Motion for Permission for Electronic Case Filing.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Permission for Electronic Case Filing is DENIED.  This Order terminates Docket 16.

IT IS SO ORDERED.

Dated: March 28, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GERARD DUENAS et al,

        Plaintiff,

  v.

STEVEN FREITAS et al,

        Defendant.
_____/

Case Number: CV13-00836 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerard Duenas
6285 Sonoma Highway 12
Santa Rosa, CA 95409

Harold Goldman
6285 Highway 12
Santa Rosa, CA 95409

Dated: March 29, 2013

                                      Richard W. Wieking, Clerk

                                      By: Lisa Clark, Deputy Clerk