UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GERARD DUENAS, HAROLD GOLDMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> STEVEN FREITAS, AKA STEVE FREITAS, in his Official and Private Capacity, SONOMA COUNTY SHERIFF'S DEPARTMENT, KATHRYN STRALEY in her official and private capacity, DEUTSCHE BANK, NATIONAL TRUST COMPANY, MICHAEL S. AND MARY C. BASKAUSKAS, DOES 1-15, Inclusive, <br><br> Defendants. | Case No:  C 13-00836 SBA <br><br> **ORDER DIRECTING PLAINTIFFS TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

On May 10, 2013, Defendant Deutsche Bank National Trust Company filed a motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6).  Dkt. 21.  Under Civil Local Rule 7-3(a), an opposition to a motion must be filed within fourteen days of the date the motion was filed, and the reply is due seven days thereafter.  As such, Plaintiffs' response to the motion should have been filed by no later than May 24, 2013.  To date, Plaintiffs have not filed any response to Defendants' motion.

This Court's Standing Orders warn that the failure to file a response to a motion may be construed as consent to the relief sought in the unopposed motion.  Dkt. 14 at 5.  As such, it is well within the discretion of the Court to grant Defendants' motion as unopposed and dismiss the action.  See Fed. R. Civ. P. 41(b); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).  Nevertheless, mindful of its obligation to first consider to less drastic

1 alternatives, the Court will afford Plaintiffs one further opportunity to respond to the
2 pending motion.  Accordingly,

3     IT IS HEREBY ORDERED THAT Plaintiffs shall have until <u>June 7, 2013</u> to file
4 and serve their response (i.e., either an opposition or a statement of non-opposition) to
5 Defendant's Rule 12(b)(6) motion to dismiss.  Plaintiffs' response is limited to fifteen (15)
6 pages and shall comply in all respects with the Federal Rules of Civil Procedure and the
7 Court's Civil Local Rules including, without limitation, Civil Local Rules 7-3 through 7-5.
8 **PLAINTIFFS ARE WARNED THAT THE FAILURE TO FILE A RESPONSE BY**
9 **THIS DEADLINE AND/OR TO COMPLY WITH THIS ORDER OR ANY OTHER**
10 **APPLICABLE PROCEDURAL RULES WILL RESULT IN THE GRANTING OF**
11 **THE PENDING MOTION AND THE DISMISSAL OF THIS ACTION.**  In the event
12 Plaintiffs timely file a response, Defendant may file a reply seven days after the deadline
13 for Plaintiffs' response.

14     IT IS SO ORDERED.
15 Dated: May 29, 2013

                                    _____
16                                     SAUNDRA BROWN ARMSTRONG
                                    United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GERARD DUENAS et al,

       Plaintiff,

 v.

STEVEN FREITAS et al,

       Defendant.
                                      /

Case Number: CV13-00836 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerard Duenas
6285 Sonoma Highway 12
Santa Rosa, CA 95409

Harold Goldman
6285 Highway 12
Santa Rosa, CA 95409

Dated: May 30, 2013
                                        Richard W. Wieking, Clerk

                                            By: Lisa Clark, Deputy Clerk