UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GERARD DUENAS, HAROLD GOLDMAN,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN FREITAS, AKA STEVE FREITAS, in his Official and Private Capacity, SONOMA COUNTY SHERIFF'S DEPARTMENT, KATHRYN STRALEY in her official and private capacity, DEUTSCHE BANK, NATIONAL TRUST COMPANY, MICHAEL S. AND MARY C. BASKAUSKAS, DOES 1-15, Inclusive,<br><br>Defendants. | Case No: C 13-0836 SBA<br><br>**ORDER STRIKING PLAINTIFFS' OVERSIZED OPPOSITION BRIEF** |

Plaintiffs have filed a thirty-page opposition to Defendants' motion to dismiss. Dkt. 27. Under this Court's Standing Orders, the maximum page limit for motions and oppositions thereto is <u>fifteen</u> pages. Dkt. 9 at 5. The Court reiterated this page limit in its Order filed on May 30, 2013 which sua sponte granted Plaintiffs additional time to file their opposition. Dkt. 26.

The Standing Orders provide that any brief filed "in an improper manner or form shall not be received or considered by the Court." <u>Id.</u>; see <u>Swanson v. U.S. Forest Serv.</u>, 87 F.3d 339, 345 (9th Cir. 1996) (courts have discretion to strike oversized briefs). Accordingly,

1 | IT IS HEREBY ORDERED THAT Plaintiffs' opposition brief (Dkt. 27) is STRICKEN from the record.  Plaintiffs shall have until June 14, 2013 to refile their opposition in conformity with the Court's Standing Orders.  Plaintiffs' response is limited to fifteen (15) pages and shall comply in all respects with the Federal Rules of Civil Procedure and the Court's Civil Local Rules including, without limitation, Civil Local Rules 7-3 through 7-5.  **PLAINTIFFS ARE WARNED THAT THE FAILURE TO FILE A RESPONSE BY THIS DEADLINE AND/OR TO COMPLY WITH THIS ORDER OR ANY OTHER APPLICABLE PROCEDURAL RULES WILL RESULT IN THE GRANTING OF THE PENDING MOTION AND THE DISMISSAL OF THIS ACTION.**  In the event Plaintiffs timely file a response, Defendant may file a reply seven days after the deadline for Plaintiffs' response.

IT IS SO ORDERED.

Dated: June 7, 2013

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge